IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 05-30129
Summary Calendar

ANGELA L. OZBUN,

Plaintiff-Appellant,

versus

SCHERING CORPORATION,

Defendant-Appellee.

--------------------

Appeal from the United States District Court
for the Western District of Louisiana
(1:03-CV-487)

--------------------

Before KING, DeMOSS, and PRADO Circuit Judges.

PER CURIAM:[*]

Angela Ozbun ("Ozbun"), acting pro se, filed suit against Shering Corporation ("Shering") alleging injuries resulting from use by Ozbun of Claritin, a product manufactured by Shering which was defective under the Louisiana Product's Liability Act statute. After allowing fifteen months for discovery process to run, Shering filed a motion for summary judgment which was granted by the district court. Ozbun appealed to this court.

We have carefully reviewed the briefs, the reply briefs, the

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

record excerpts, and relevant portions of the record.  For the reasons stated by the district court in its memorandum ruling filed under date of January 18, 2005, we affirm the judgment entered by the district court in favor of Shering, entered of even date.

AFFIRMED.